In re GENENTECH, INC. and
City of Hope, Petitioners.

Misc. No. 868.

United States Court of Appeals,
Federal Circuit.

May 21, 2008.

David I. Gindler, Laura W. Brill, Joseph M. Lipner, William Joss Nichols, Irell & Manella LLP, Los Angeles, CA, for City of Hope.

Daralyn J. Durie, John W. Keker, David J. Silbert, Keker & Van Nest, LLP, San Francisco, CA, Jennifer Gordon, Bryan Kevin Anderson, Sidley Austin LLP, New York, NY, Mark A. Lemley, Stanford Law School, Stanford, CA, for Genentech, Inc.

John G. Kester, Paul B. Gaffney, Williams & Connolly LLP, Washington, DC, for Medimmune, Inc.

Before NEWMAN, Circuit Judge.

### ON PETITION FOR WRIT OF MANDAMUS

PAULINE NEWMAN, Circuit Judge.

### ORDER

Genentech, Inc. and City of Hope (Genentech) move to withdraw their petition for a writ of mandamus. Genentech states that MedImmune, Inc. does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition is granted. The petition is dismissed.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.